**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Brian Shawn HIGGINBOTHAM,**
**Defendant–Appellant.**

**No. 07–10365**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 25, 2007.

Gary C. Tromblay, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Sam L. Ogan, Assistant Federal Public Defender, Federal Public Defender's Office, Northern District of Texas, Dallas, TX, for Defendant–Appellant.

Before JOLLY, BENAVIDES, and STEWART, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

PER CURIAM: *

The Federal Public Defender appointed to represent Brian Shawn Higginbotham has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Higginbotham has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.